SAVANNAH, FLORIDA & WESTERN RAILWAY CO. *v.* BROOKS.

The evidence warranted the verdict, and there was no error by the court for which a new trial should be granted.

August 20, 1894.                    *Judgment affirmed.*

Complaint. Before Judge SWEAT. Charlton superior court. April term, 1893.

This suit was for the value of goods burned in defendant's warehouse, as plaintiff claimed, by gross negligence of defendant's servants. The jury found for the plaintiff, and defendant's motion for a new trial was overruled.

ERWIN, DUBIGNON & CHISHOLM and HITCH & MYERS, for plaintiff in error.